IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20CR3010 |
| vs. | |
| WADE KOSINSKI, | ORDER |
| Defendant. | |

Counsel should be advised that the Court has continued trials through March 30, 2020, due to the pandemic emergency. See General Order 2020-04; Filing no. 17. Therefore,

IT IS ORDERED that counsel shall contact Magistrate Judge Zwart for rescheduling of trial in this case.

Dated this 16th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge